FILED

03/04/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0067

IN THE SUPREME COURT OF THE STATE OF MONTANA
No. DA 20-0067

_____

DIANE WENGER,

Plaintiff/Appellant,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

Defendant/Appellee

_____

**ORDER GRANTING EXTENSION
FOR OBJECTIONS TO PETITION FOR REHEARING**

_____

On Appeal from the First Judicial District Court, Lewis & Clark County
Cause No. BDV-2017-23
The Honorable Michael McMahon, Presiding

_____

Appellee has moved for a 15-day extension of time in which to file its objections to Appellant's Petition for Rehearing. The motion is GRANTED.

Appellee's objections to the Petition for Rehearing are now due on April 2, 2021.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 4 2021